UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARY AMANDA SPIVA, | ) | CASE NO. CV 07-8112 AGR |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to this Court's Case Management Order of January 9, 2008, the parties were to file a Joint Stipulation in compliance with Paragraph IX of the Court's Order within sixty-six (66) days of the filing of the Answer, i.e., by September 4, 2008. To date, the Joint Stipulation has not been filed with the Court. Accordingly, **no later than September 30, 2008, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by Court Orders. Filing of the Joint Stipulation on or before September 30, 2008, shall be deemed compliance with this Order to Show Cause.

DATED: September 9, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE